UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY BALEY,<br><br>            Plaintiff,<br><br>     v.<br><br>STIMSON LUMBER COMPANY, an Oregon corporation doing business in the State of Washington,<br><br>            Defendant. | NO. CV-03-0254-EFS<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

    On April 25, 2005, the Court was advised by the parties in a Stipulation of Dismissal with Prejudice that the above-captioned case has been settled and may be dismissed with prejudice and without the award of attorneys fees or costs to either party. (Ct. Rec. 97.) Accordingly, **IT IS HEREBY ORDERED**: The above-captioned case is **DISMISSED** with prejudice.

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, provide a copy to counsel, and **CLOSE THIS FILE**.

    **DATED** this   18th   day of January, 2006.

                                  S/ Edward F. Shea
                                  EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2003\0254.dismiss.action.wpd

ORDER * 1